# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:11 CV 143

| | |
|---|---|
| LARRY TUNGATE, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>DENISE OWENS JOHNSON and LEWIS )<br>ECKARD d/b/a DROWNING CREEK )<br>FARMS, )<br>)<br>Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Linda Carol's Application for Admission to Practice *Pro Hac Vice* of James L. Avritt, Sr. It appearing that James L. Avritt, Sr. is a member in good standing with the Kentucky Bar and will be appearing with Linda Carol, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Linda Carol's Application for Admission to Practice *Pro Hac Vice* (#4) of James L. Avritt, Sr. is **GRANTED**, and that James L. Avritt, Sr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Linda Carol.

Signed: July 20, 2011

Dennis L. Howell
United States Magistrate Judge