**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 cv 143**

| | | |
|---|---|---|
| **LARRY TUNGATE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | <u>**ORDER**</u> |
| **v** | ) | |
| | ) | |
| **DENISE OWENS JOHNSON,** | ) | |
| | ) | |
| **v** | ) | |
| | ) | |
| **LEWIS ECKARD d/b/a** | ) | |
| **DROWNING CREEK FARMS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** has come before the Court based upon the Court's review of the file in this matter. An Answer (#7) was filed by Defendants to Plaintiff's Complaint on July 20, 2011. Pursuant to LCvR 16.1(A), the parties were to complete an initial attorney's conference on or before fourteen (14) days from and after July 20, 2011, that date being August 3, 2011. Thereafter, pursuant to LCvR 16.1(B), the parties were to complete and file a Certification of Initial Attorney's Conference within five (5) days of the initial attorney's conference, that being August 8, 2011. An examination of the file shows that a Certification of Initial Attorney's Conference has not been filed in this matter and is now over sixty days past due.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the parties shall conduct the initial attorney's conference contemplated by LCvR 16.1(A) on or before **October 21, 2011**

and shall complete and file a Certification of Initial Attorney's Conference set forth

in LCvR 16.1(B) on or before **October 26, 2011.**

Signed: October 14, 2011

Dennis L. Howell
United States Magistrate Judge